# EXHIBIT A

1 | Christopher Levy (State Bar No. 327567)
JONES DAY
2 | 3161 Michelson Drive, Suite 800
Irvine, CA 92612
3 | Telephone: (949) 851-3939
Facsimile: (949) 553-7539
4 | Email: clevy@jonesday.com

5 | Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**FILED**
Superior Court of California
County of Riverside
10/14/2020
C. Nakagawa
Electronically Filed

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE, UNLIMITED JURISDICTION

| | |
|---|---|
| JORDAN ADISHIAN,<br><br>                    Plaintiff,<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO. RIC2003402<br><br>Assigned for all purposes to Judge Daniel Ottolia<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND GENERAL DENIAL TO PLAINTIFF'S UNVERIFIED COMPLAINT**<br><br>Complaint Filed:   August 25, 2020 |

Under Code of Civil Procedure section 431.30, Defendant Experian Information Solutions, Inc. ("Experian"), on behalf of itself and no others, hereby answers the unverified Complaint ("Complaint") of Plaintiff Jordan Adishian ("Plaintiff") and denies generally and specifically, in whole and in part, each and all of the allegations set forth in the Complaint, and further denies that Plaintiff is entitled to the relief sought or that Plaintiff or any other person has been injured and/or damaged in the sums alleged, or in any other sum or sums, or at all, by reason of any act, breach, or omission on the part of Experian as alleged in the Complaint.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

1. The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE
## (STATUTE OF LIMITATIONS)

2. Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## THIRD AFFIRMATIVE DEFENSE
## (TRUTH/ACCURACY OF INFORMATION)

3. All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

///
///
///

## FOURTH AFFIRMATIVE DEFENSE

## (LACHES)

4. The Complaint and each claim for relief therein are barred by laches.

## FIFTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

5. Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SIXTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

6. Plaintiff has failed to mitigate his damages.

## SEVENTH AFFIRMATIVE DEFENSE

## (CONTRIBUTORY/COMPARATIVE FAULT)

7. Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

## (INDEPENDENT INTERVENING CAUSE)

8. Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## NINTH AFFIRMATIVE DEFENSE

## (INDEMNIFICATION)

9. Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

**TENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

10. The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(IMMUNITY)**

11. All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

**TWELFTH AFFIRMATIVE DEFENSE**

**(PREEMPTION)**

12. Any and all state and common law claims Plaintiff brings against Experian are preempted by the federal Fair Credit Reporting Act.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(IMPROPER REQUEST FOR PUNITIVE DAMAGES)**

13. Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(MOOTNESS)**

14. Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(FURTHER AFFIRMATIVE DEFENSES)**

15. Experian reserves the right to assert additional defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

///

///

///

///

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

1. That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

2. For costs of suit and attorneys' fees herein incurred; and

3. For such other and further relief as the Court may deem just and proper.

Dated: October 14, 2020                JONES DAY

By: */s/ Christopher Levy*
    Christopher Levy

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**PROOF OF SERVICE BY MAIL**

I, John M. Upton, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 14, 2020, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND GENERAL DENIAL TO PLAINTIFF'S UNVERIFIED COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Todd M. Friedman
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
T: (323) 306-4234
F: (866) 633-0228
Email: tfriedman@toddflaw.com
Email: abacon@tofflaw.com
*Attorneys for Plaintiff*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 14, 2020, at Irvine, California.

/s/ John M. Upton
John M. Upton