1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ADISHIAN,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ACCOUNTS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02151-JLS-KK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

—

**ORDER**

Plaintiff filed a Notice of Settlement on February 26, 2021 (Doc. 23) and the parties represent that they have entered into agreements that fully and finally resolve all Plaintiff's claims against all Defendants in this action. Accordingly, **IT IS ORDERED** that this action is **HEREBY DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

This Court shall retain jurisdiction until November 1, 2021 for the sole purpose of enforcing the parties' agreements.

**IT IS SO ORDERED**.

Dated:  April 02, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE